■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELSIE DETRES-PEREZ, Appellant. [5 NYS3d 729]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered April 3, 2012, convicting defendant, upon her plea of guilty, of conspiracy in the second degree and criminal possession of a controlled substance in the third degree, and sentencing her to an aggregate term of 4⅓ to 13 years, unanimously affirmed.

Since the record establishes that defendant's forfeiture agreement was part of the judgment of conviction (*see* Penal Law § 60.30), defendant's challenge to that agreement is reviewable

on this appeal (see People v Carmichael, 123 AD3d 1053 [2d Dept 2014]). However, her claim that the court coerced the agreement is unpreserved (see People v Abruzzese, 30 AD3d 219, 220 [1st Dept 2006], lv denied 7 NY3d 784 [2006]), and we decline to review it in the interest of justice. As an alternative holding, we reject it on the merits.

We perceive no basis for reducing the prison sentence. Concur—Mazzarelli, J.P., Friedman, Manzanet-Daniels, Clark and Kapnick, JJ.